## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

EDWARD REYNOSO,
individually and on behalf of all others
similarly-situated,

              Plaintiff,

v.

LASERSHIP, INC.,
and BLAKE AVERILL,

              Defendants.

Civil Action No.

### NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Pursuant to 28 U.S.C. § 1446, Defendants Lasership, Inc. and Blake Averill ("Defendants"), respectfully submit this Notice of Removal of the instant civil action. As grounds for this removal, Defendants state that:

1. On or about July 14, 2017, Plaintiff, Edward Reynoso, commenced a civil action against the Defendants in the Middlesex County Superior Court of the Commonwealth of Massachusetts, entitled <u>Edward Reynoso, et al. v. Lasership, Inc. and Blake Averill</u>, C.A. No. 1781CV02114 ("State Court Action"). On or about July 28, 2017, a copy of the Complaint and Summons in connection with the State Court Action was served upon Lasership. A true and accurate copy of the Complaint and Summons served upon Lasership is attached hereto as <u>Exhibit A.</u>

2. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and order served upon Lasership to date in this matter are attached hereto as Exhibit A.

3.      Pursuant to 28 U.S.C. § 1446 (b), this Notice of Removal has been filed with this Court within thirty (30) days of service of the Summons and Complaint in the State Action upon any Defendant.

4.      No further proceedings have occurred in the State Court Action. Defendants have not served any answer or responsive pleading to the Complaint, nor made any appearance or argument before the Middlesex County Superior Court of the Commonwealth of Massachusetts.

5.      The State Court Action is being removed to this Court on the grounds that original jurisdiction of this action is in this Court. Specifically, all of the parties are of diverse citizenship and more than $75,000 is in controversy.

## DIVERSITY JURISDICTION

6.      This Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, because the parties to the State Court Action are all citizens of different states and the amount in controversy exceeds $75,000 as Plaintiff seeks to recover under the Massachusetts Wage Act, M.G.L. c. 149, § 148 (the "Wage Act"), which provides for mandatory trebling of any recovery for lost wages under the Wage Act, plus attorneys' fees. Plaintiff seeks damages available pursuant to G.L. c. 149 § 148, G.L. c. 149 § 150, G.L. c. 151 §§ 1A and 1B, G.L. c. 151 § 15, and unjust enrichment damages. In Paragraph 1 of Plaintiff's Complaint, Plaintiff states that he is a resident of the Commonwealth of Massachusetts. In Paragraph 2 of Plaintiff's Complaint, Plaintiff states that Defendant Lasership is a foreign corporation. Defendant Lasership is organized under the laws of Delaware, with its principal place of business in Virginia. In Paragraph 3 of Plaintiff's Complaint, Plaintiff states that Defendant Averill is a resident of the Washington D.C. metro area.

7. Because United States District Courts have original jurisdiction over actions brought by diverse citizens when the amount in controversy is greater than $75,000, pursuant to 28 U.S.C. § 1332, removal of this case to this Court under the circumstances herein is proper.

8. Accordingly, the State Court Action is removable to the Court under 28 U.S.C. § 1441(a).

9. The State Court Action is properly removable to this Court because this Court has original jurisdiction over Plaintiff's claim.

10. Venue is proper because the Middlesex County Superior Court of the Commonwealth of Massachusetts, the court where the State Court Action is pending, is embraced within "the district and division" of this Court.  28 U.S.C. § 1441(a).

11. By copy of this document and in accordance with the Certificate of Service, Defendants are providing notice to all Parties in this action advising of the filing of this Notice of Removal pursuant to 28 U.S.C. § 1446(d).

12 Defendants submit this Notice without waiving any defenses to the claims asserted by Plaintiff or conceding Plaintiff has pled claims upon which relief may be granted.

13. Defendants will notify the Middlesex County Superior Court and Plaintiff of this Notice of Removal by filing with the Superior Court a Notice of Filing of Notice of Removal.  A copy of that notification, which will be sent to the Middlesex County Superior Court, is attached hereto as <u>Exhibit B</u>.

WHEREFORE, Defendants pray that the State Court Action now pending against them in Middlesex County Superior Court of the Commonwealth of Massachusetts be removed therefrom to this Court.

        Respectfully submitted,

        LASERSHIP, INC., and BLAKE AVERILL

        By their attorneys,

        /s/ Douglas J. Hoffman
        Douglas J. Hoffman, BBO No. 640472
        Ethan J. Davis, BBO No. 693484
        Jackson Lewis P.C.
        75 Park Plaza
        Boston, MA 02116
        (617) 367-0025
        hoffmand@jacksonlewis.com
        davise@jacksonlewis.com

Dated:  August 28, 2017

## **CERTIFICATE OF SERVICE**

        This hereby certifies that on this 28th day of August, 2017, a true and accurate copy of the above document was filed with the Court via the ECF system, and served upon Plaintiff's counsel, Raven Moeslinger, Law Office of Nicholas F. Ortiz, PC, 99 High Street Suite 304, Boston, MA 02110, via first-class mail, postage prepaid.

        /s/ Douglas J. Hoffman
        Jackson Lewis P.C.